IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. H-11-722 |
| | § | |
| ABRAHAM MOSES FISCH | § | |

**ORDER DENYING MOTIONS
TO STAY OR COMPEL**

In October 2015, the court ordered that the defendant Fisch forfeit $1.15 million to the United States, including substitute-asset forfeiture of his residence at 9202 Wickford Drive to cover any deficiency. (Docket Entry Nos. 470, 471). In March 2017, the United States Court of Appeals for the Fifth Circuit affirmed Fisch's conviction and sentence, including the court's Amended Order of Forfeiture. *See United States v. Fisch*, 851 F.3d 402 (5th Cir. 2017). Fisch and third-party petitioner Malkah Bertman now move to stay the interlocutory sale of the Wickford property and to compel the government to produce appraisal documents. (Docket Entry Nos. 627, 632). Those motions are denied. Under Supplemental Federal Rule of Civil Procedure G(7)(b), the government's interlocutory sale is regulated by 28 U.S.C. §§ 2001, 2002, and 2004. Those procedures, as well as those outlined in the court's order of interlocutory sale, (Docket Entry No. 609), sufficiently protect Fisch and Bertman's interests in the sale.

SIGNED on June 26, 2017, at Houston, Texas.

Lee H. Rosenthal
Chief United States District Judge

1