UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § § | Criminal No. H-11-722 |
| ABRAHAM MOSES FISCH | § | |

## ORDER APPOINTING TWO APPRAISERS

Having considered the United States Motion to Appoint Two Appraisers, the motion is GRANTED.

It is ORDERED that the following appraisers are appointed to appraise 9202 Wickford Drive, Houston, Texas 77024, for interlocutory sale:

**R Kendall Neman Group, 5726 Village Green Drive, Katy, Texas 77493**

**Brubaker and Associates, 7626 Hammerly Blvd., Houston, Texas 77055**

The Court finds that the proposed publication of notice of terms of sale satisfies 28 U.S.C. § 2001(b).

SIGNED on July 12, 2017, at Houston, Texas.

Lee H. Rosenthal
Chief United States District Judge