# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| VS. | § § § | CRIMINAL NO. H-11-722 |
| ABRAHAM MOSES FISCH | § | |

## ORDER GRANTING MOTION FOR RELEASE OF DEED OF TRUST

The defendant, Abraham Fisch, moves for release of deed of trust on property located at 922 Columbia Street, Houston, TX 77008. (Docket Entry No. 658). Fisch granted the deed of trust to the U.S. District Clerk, Southern District of Texas as Trustee for the United States of America. The Columbia property secured a $200,000 appearance bond issued on July 7, 2015. (Docket Entry No. 411). The appearance bond order states: "The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence."

The appearance bond was satisfied when Fisch was taken into custody on October 27, 2015. (Docket Entry No. 467). The court orders the appearance bond ended and orders the U.S. District Clerk, Southern District of Texas as Trustee for the United States of America to release the deed of trust on the Columbia property. Fisch's motion for release of deed of trust is granted, (Docket Entry No. 658), and his motion to compel release of deed of trust filed on July 19, 2017 is moot, (Docket Entry No. 641).

SIGNED on September 6, 2017, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge